Mark G. Krum (SBN 14   3)
Christensen, Miller, Fink, Jacobs
    Glaser, Weil & Shapiro, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

**ORIGINAL**

JUN 14 2005

FILED ___
RECEIVED ___
**JUN 15 2005**
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___KCS___ DEP

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE 7.1(b)(3)

(Rule Number/Section)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

YP CORP., INC., a Nevada Corporation
previously known as YP.Net, INc. )
   Plaintiff(s)/Petitioner(s),  )
                         )
vs.                           )
Sitrick and Company, Inc. )
                         )
   Defendant(s)/Respondent(s)  )

CASE NO. CV 05-0769 PHX SRB

ORDER FOR ADMISSION OF
ATTORNEY PRO HAC VICE

Based upon the motion of __Mark G. Krum__ for admission to practice pro hac vice in this action on behalf of __Sitrick and Company, Inc.__ and in accordance with LRCiv 83.1(b)(3) of the Rules of Practice of the United States District Court for the District of Arizona, IT IS HEREBY ORDERED that:

/X/   the motion of attorney for admission to practice pro hac vice is granted.

/_/   the motion of attorney for admission to practice pro hac vice is denied and the admission fee ordered returned.

Dated this ____14____ day of ____June____, 2005.

_____
UNITED STATES DISTRICT/ MAGISTRATE
JUDGE

(Rev 3/03)

