Peter Strojnik, 6464
THE LAW FIRM OF
PETER STROJNIK
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
602-297-3019
www/strojnik.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| YP CORP., INC., a Nevada Corporation, previously known as YP.Net, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>SITRICK AND COMPANY, INC., a California Corporation,<br><br>Defendants. | NO. CV 05-0769 PHX SRB<br><br>**STIPULATED MOTION TO DISMISS WITH PREJUDICE** |

The parties, through counsel, hereby stipulate that the above action be dismissed with prejudice, each party to bear its own costs and attorney's fees.

RESPECTFULLY SUBMITTED this _20_ day of March, 2006.

THE LAW FIRM OF PETER STROJNIK

By: Peter Strojnik
Attorney for Plaintiff

-1-

CHRISTENSEN, MILLER, FINK, JACOBS, GLASER, WEIL & SHAPIRO, LLP

By: Mark G. Krum
Attorney for Defendant

The original e-filed this ___20___ day of March, 2006, with

The Clerk of the United States District Court
401 West Washington
Phoenix, Arizona 85003

Courtesy Copy mailed to:

Honorable Susan R. Bolton
Judge of the District Court
401 West Washington
Phoenix, Arizona 85003

-2-