Peter Strojnik, 6464
THE LAW FIRM OF
PETER STROJNIK
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
602-297-3019
**www/strojnik.com**
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| YP CORP., INC., a Nevada Corporation, previously known as YP.Net, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>SITRICK AND COMPANY, INC., a California Corporation,<br><br>Defendants. | NO. CV 05-0769 PHX SRB<br><br>**ORDER DISMISSING WITH PREJUDICE** |

Upon stipulation of the parties, and good cause shown, IT IS ORDERED that the above action shall be and hereby is dismissed with prejudice, each party to bear its own costs and attorney's fees.

Dated this 21st day of March, 2006.

_____
Susan R. Bolton
United States District Judge

-1-